# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| OVERTON K. KILLGO and SANDRA L. KILLGO, <br><br>Plaintiffs, <br><br>v. <br><br>CONVINGTON CREDIT OF TEXAS, INC, <br><br>Defendant. | Case No. 1:18-cv-00034-RP <br><br> Honorable Judge Robert Pitman |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES OVERTON K. KILLGO and SANDRA L. KILLGO ("Plaintiffs'), by and through their attorneys, SULAIMAN LAW GROUP, LTD., and, in support of their Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses their claims against the Defendant CONVINGTON CREDIT OF TEXAS, INC, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: February 7, 2018

                                                            Respectfully Submitted,

                                                            /s/ Nathan C. Volheim (Lead Attorney) <br>
                                                            Nathan C. Volheim, Esq. #6302103 <br>
                                                            *Counsel for Plaintiff* <br>
                                                            Admitted in the Western District of Texas <br>
                                                            Sulaiman Law Group, Ltd. <br>
                                                            2500 S. Highland Avenue, Suite 200 <br>
                                                            Lombard, IL 60148 <br>
                                                           Phone (630) 568-3056 <br>
                                                           Fax: (630)575-8188 <br>
                                                           nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on February 7, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

                                                  */s/ Nathan C. Volheim*
                                                  Nathan C. Volheim