IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OVERTON K. KILLGO and<br>SANDRA L. KILLGO,<br><br>      Plaintiffs,<br><br>v.<br><br>COVINGTON CREDIT OF<br>TEXAS, INC.,<br><br>      Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:18-CV-34-RP |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 7). Plaintiffs have agreed to voluntarily dismiss all claims asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (allowing dismissal of an action by the filing of a notice of dismissal by the plaintiff before the opposing party serves either an answer or a motion for summary judgment). Defendant has not filed an answer.

Accordingly, **IT IS ORDERED** that all claims asserted in this action are **DISMISSED WITHOUT PREJUDICE.** All parties are to bear their own costs and fees. The Clerk's Office is directed to **CLOSE** the case.

**SIGNED** on February 8, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE